IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-192-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    CARLOS LOBATO,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Change of Plea Hearing set for July 19, 2010, is **VACATED AND RESET** for **August 26, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: June 30, 2010